Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Deckers Outdoor Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>    Plaintiff,<br>v.<br>WAL-MART STORES, INC., a Delaware Corporation; KNS INTERNATIONAL, L.L.C., a Utah Limited Liability Company; and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO. 2:14-CV-02577-ODW-CW<br><br>CONSOLIDATED UNDER:<br>2:14-cv-02561-ODW(CWx)<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**Hon. Otis D. Wright II** |

IT IS HEREBY ORDERED that this entire action, and all of the claims asserted therein, be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a). Each party shall bear their own attorneys' fees and costs associated with this action.

DATED:   May 13, 2015           By: _____
                                     Hon. Otis D. Wright II
                                     **United States District Judge**